■ ZOE FERGUSON, Respondent, v HESS CORPORATION, Defendant, and ABRO MANAGEMENT CORP., et al., Appellants. [932 NYS2d 904]—

Supreme Court providently exercised its discretion in vacating plaintiff's default and restoring the action to the calendar. The action has merit, plaintiff has substantially complied with discovery and retained new counsel, and there is a strong public policy favoring resolution of cases on the merits (*Chevalier v 368 E. 148th St. Assoc., LLC*, 80 AD3d 411, 413-414 [2011]). In view of the foregoing, we need not reach defendants' argument regarding plaintiff's motion to renew.

We have considered defendants' remaining arguments and find them unavailing. Concur—Tom, J.P., Saxe, Sweeny, Richter and Manzanet-Daniels, JJ.